# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jason Louis<br>*Petitioner*<br>v.<br>United States of America<br>*Respondent* | )<br>)  Criminal Action No. 2:18-cr-227<br>)  Civil Action No. 2:21-cv-1096<br>)<br>) |

## JUDGMENT IN 28 U.S.C. §2255

The court has ordered that:

[x] other: ORDER ADOPTING REPORT AND RECOMMENDATIONS - Denying ECF No. [81] MOTION to Vacate under 28 U.S.C. 2255 and Adopting and Affirming ECF No. [92] Magistrate Judge Merz's Report and Recommendation

This action was:

[ ] decided by Judge _____ on a motion for _____

Date: 8/3/2021

CLERK OF COURT

*Christie M. Werr*
Signature of Clerk or Deputy Clerk